**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Kareem PINOCK, Petitioner**

**No. 167 EAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony S. WILLIAMS, Petitioner**

**No. 103 EAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

**IN RE: NOMINATION PETITIONS OF James D. SELELYO (DEMOCRATIC) CANDIDATE FOR MAGISTERIAL DISTRICT JUDGE FOR DISTRICT 05–03–06**

**Petition of: Joan Boni**

**No. 156 WAL 2017**

Supreme Court of Pennsylvania.

September 19, 2017

**ORDER**

PER CURIAM

**AND NOW,** this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**